R# 290079

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   07-11918-BKC-RAM
FRANCISCO G. SANCHEZ
MARIA T. SANCHEZ

                                          CHAPTER 13

                    NOTICE OF DEPOSIT OF FUNDS WITH THE
                       U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $        .27   remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case. Your trustee
      has made a good faith effort to verify the correct mailing
      address for said debtor(s)/Creditor(s) and deliver the funds
      before presenting this notice. More than sufficient time has
      passed for these checks to be presented for payment, or the
      creditor has returned funds indicating they refuse the funds.

( )   The trustee has a balance of $      .00      remaining in her bank
      account which represents small dividends as defined by FRBP
      3010.

      Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

      WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: ___3-25-11___                    _____
                                       NANCY N. HERKERT
                                       CHAPTER 13 TRUSTEE

Copies to:

FRANCISCO G. SANCHEZ
MARIA T. SANCHEZ
10851 SW 88th ST
#312
MIAMI, FL 33176

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

FINGERHUT CREDIT ADVANTAGE
P.O. BOX 23051
COLUMBUS, GA 31902-3051

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

MAR 28 2011

FILED_____ RECEIVED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   07-11918-BKC-RAM
FRANCISCO G. SANCHEZ
MARIA T. SANCHEZ

                                          CHAPTER 13


FRANCISCO G. SANCHEZ
MARIA T. SANCHEZ
10851 SW 88th ST
#312
MIAMI, FL 33176

DESIREE CALAS-JOHNSON, ESQ.
782 NW 42 AVENUE
SUITE 447
MIAMI, FL 33126

FINGERHUT CREDIT ADVANTAGE        --------$              .27
P.O. BOX 23051
COLUMBUS, GA 31902-3051                   UNDELIVERABLE/STALE
                                          CLAIM REGISTER#  8

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130